IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JULIAN DAVID QUINTERO CORTES,          *

               Petitioner,          *

v.                                                      Case No.  4:25-cv-360-CDL-AGH

                                   *

WARDEN, STEWART DETENTION CENTER,
*et al.,*                                          *

               Respondents.          *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 2/25/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of February, 2026.

                            David W. Bunt, Clerk


                            s/ Elizabeth S. Long, Deputy Clerk